PEOPLE ex rel. BROWN v. CROMBIE et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against Fred A. Crombie and others, in which Frederick C. Hicks appeals. (Appeal No. 6.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. GALLAGHER et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against John Gallagher and others, in which Frederick C. Hicks appeals. (Appeal No. 7.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. HALLOCK, et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against W. H. Hallock and others, in which Frederick C. Hicks appeals. (Appeal No. 8.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. HANNIGAN et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against Charles A. Hannigan and others, in which Frederick C. Hicks appeals. (Appeal No. 9.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. HIGGINS et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against Farley J. Higgins and others, in which Frederick C. Hicks appeals. (Appeal No. 10.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. JENKINSON et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against William Jenkinson and others, in which Frederick C. Hicks appeals. (Appeal No. 11.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch; 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. MILLER et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against William H. Miller and others, in which Frederick C. Hicks appeals. (Appeal No. 12.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. O'BRIEN et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against Hugh M. O'Brien and others, in which Frederick C. Hicks appeals. (Appeal No. 13.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. SCOTT et al. (Supreme Court, Appellate Division, Second De-

partment. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against Samuel A. Scott and others, in which Frederick C. Hicks appeals. (Appeal No. 14.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.